**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>         **Plaintiff,**<br><br> v.<br><br>ROOSEVELT A. LEE and RHONDA BEATRICE LEE,<br><br>         **Defendants.** | 1:04-cv-99 |

TO: Angela Tyson-Floyd, Esq., AUSA
    William W. Franks, Esq.

## ORDER

THIS MATTER is before the Court for consideration upon Defendants' Motion For Stay of Proceedings (Docket No. 30). This order is issued without necessity of response.

In view of the notice of appearance filed by Angela Tyson-Floyd, Esq., AUSA, on behalf of Plaintiff, the Court finds that a stay is not warranted.

WHEREFORE, it is now hereby **ORDERED** that Defendants' Motion For Stay of Proceedings (Docket No. 30) is **DENIED**.

                   ENTER:

Dated: September 15, 2010      /s/ George W. Cannon, Jr.
                    GEORGE W. CANNON, JR.
                    U.S. MAGISTRATE JUDGE